| | |
|---|---|
| 1 | MICHAEL BAILEY |
| 2 | United States Attorney<br>District of Arizona |
| 3 | CRAIG H. RUSSELL<br>Assistant United States Attorneys |
| 4 | United States Courthouse<br>405 W. Congress, Suite 4800 |
| 5 | Tucson, Arizona 85701<br>Telephone: 520-620-7327 |
| 6 | Email: Craig.Russell@usdoj.gov<br>Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 19-CR-01802-TUC-FRZ |
| Plaintiff, | |
| vs. | SENTENCING MEMORANDUM |
| Mario Alberto Aguilar-Torres, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby submits the following sentencing memorandum.

On March 2, 2020, the defendant pled guilty to Illegal Reentry. The government has reviewed the Presentence Report (PSR) and has no objection to the guideline calculation of a total offense level of 17 and the defendant's placement in Criminal History Category III. The defendant pled guilty without a plea agreement.

The PSR recommends a sentence of 30 months and in prison. In aggravation, the defendant's criminal history includes convictions for taking a vehicle without the owner's consent and alien in possession of a firearm.

The defendant claims that he illegally entered the United States because he was being threatened by men in Mexico due to his choice of religion. (PSR, paragraph 9) However, defendant's prior immigration conviction and four deportations suggests that he has long been motivated to live in the United States for reasons other than religious persecution.

For the reasons set forth above, the government concurs with probation's recommendation for a 30-month sentence. Such a sentence would constitute sufficient deterrence and be consistent with the application of the other sentencing factors set forth in 18 U.S.C. Section 3553(a).

Respectfully submitted this 26th day of May, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*/s/Craig H. Russell*

Craig H. Russell
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 26th day of May, 2020, to:

ALL ECF Participants